IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KIM N., | : | |
| *Plaintiff,* | : | CIVIL ACTION |
| v. | : | No. 23-2876 |
| | : | |
| MARTIN O'MALLEY, | : | |
| Commissioner of Social Security, | : | |
| *Defendant.* | : | |

## ORDER

AND NOW, this 1st day of November 2024, upon consideration of Plaintiff Kim N.'s Brief and Statement of Issues in Support of Request for Review (ECF 8), the Commissioner's Response (ECF 9), and Plaintiff's Reply (ECF 10), and for the reasons stated in the accompanying Memorandum of Law, it is **ORDERED** that:

1. Plaintiff's Request for Review is **DENIED** and the final order of the Commissioner of Social Security is **AFFIRMED**; and

2. **JUDGMENT** is entered in favor of Defendant Martin O'Malley, Commissioner of Social Security and against Plaintiff Kim N.; and

3. The Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

_____
**HON. JOSÉ RAÚL ARTEAGA**
*United States Magistrate Judge*
*Eastern District of Pennsylvania*